HRW/GMM: USAO 2019R00449

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 JUL 17 P 3: 45

CLERK'S OFFICE
AT GREENBELT

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | CRIMINAL NO. GJH 19cr339 |
| | * | |
| DARNELL E. BASSET, | * | (Involuntary Manslaughter, |
| | * | 18 U.S.C. §§ 7 and 1112(b)) |
| Defendant | * | |
| | * | |

*******

### INDICTMENT

#### COUNT ONE
(Involuntary Manslaughter)

The Grand Jury for the District of Maryland charges that:

On or about June 24, 2019, in the District of Maryland, the defendant,

**DARNELL E. BASSET,**

on lands within the special maritime and territorial jurisdiction of the United States, did unlawfully kill another person in the commission of an unlawful act not amounting to a felony, that is, while driving a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

18 U.S.C. § 1112(b)
18 U.S.C. § 7

_Robert K. Hur_
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

July 17, 2019