## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On June 24, 2019, at about 9 p.m., the Defendant, **DARNELL BASSET ("BASSET")**, was driving a maroon Infiniti that was involved in a collision with a District of Columbia Metropolitan Police cruiser in northeast Washington D.C. The police vehicle was disabled and **BASSET** failed to stop and remain at the scene. **BASSET** continued driving at a high rate of speed, going the wrong way on a one-way street. Another marked D.C. Police vehicle pursued **BASSET** with the cruiser's lights and siren activated. **BASSET** did not stop, but rather made his way into Maryland and onto the Baltimore-Washington Parkway.

**BASSET** drove northbound on the Baltimore-Washington Parkway at a high rate of speed and passed other vehicles on the right shoulder of the highway. Sometime during the incident, one of his tires blew out, which reduced his ability to control the Infiniti. **BASSET** nevertheless continued driving on the shoulder of the highway and passing other traffic. After a distance of at least six miles in Maryland, while driving at least 70 miles per hour, **BASSET** began to take the right side exit ramp to the inner loop of Interstate 495, then suddenly veered left across the on-ramp and into the triangular painted safety zone between the ramp and the travel lanes.

A Honda CRV was stopped in the safety zone. The front of **BASSET**'s Infiniti struck the Honda with sufficient force that the Honda spun around and then turned onto its side. The driver of the Honda, Victim 1, died as a result of the crash.

The Baltimore-Washington Parkway is located in the District of Maryland on lands within the special maritime and territorial jurisdiction of the United States.

SO STIPULATED:

_____
Michael Morgan
Hollis Raphael Weisman
Assistant United States Attorneys

_____
Darnell E. Basset
Defendant

_____
Michael CitaraManis, Esq.
John Chamble, Esq.
Counsel for Defendant